MICHAEL J. CALLAHAN, Respondent, v. LONDON AND LANCASHIRE FIRE INSURANCE COMPANY, LIMITED, Appellant.— Determination affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Scott, Page and Davis, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. SOLOMON EPSTEIN, Appellant.— Judgment affirmed. No opinion. Present — Clarke, P. J., Laughlin, Scott, Page and Davis, JJ.

G. FRED OSGOOD, Appellant, v. HALLOWELL GRANITE WORKS, Respondent. — Order affirmed, with costs to defendant. No opinion. Present — Clarke, P. J., Laughlin, Scott, Page and Davis, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. IPPOLITO DE SALVIO, Appellant.— Judgment affirmed. No opinion. Present — Clarke, P. J., Laughlin, Scott, Page and Davis, JJ.

SAMUEL LASKOWITZ, Appellant, v. ABRAHAM RATNER and Another, Respondents.— Order affirmed, with costs. No opinion. Present — Clarke, P. J., Scott, Dowling, Page and Davis, JJ.

PERCIVAL L. WATERS and Another, Respondents, v. ALBERT E. SMITH and Others, Appellants.— Judgment affirmed, with costs, with leave to defendants to withdraw demurrers and to answer on payment of costs in this court and in the court below. No opinion. Present — Clarke, P. J., Scott, Dowling, Page and Davis, JJ.; Davis, J., dissented.

WILLIAM J. GIBSON, Respondent, v. JOHN F. HITCHCOCK, Appellant. — Order affirmed, with ten dollars costs and disbursements, with leave to defendant to withdraw demurrer to second cause of action and serve an answer thereto on payment of said costs. No opinion. Present — Clarke, P. J., Scott, Dowling, Page and Davis, JJ.

In the Matter of the Transfer Tax upon the Estate of HETTY H. R. GREEN, Deceased. THE COMPTROLLER OF THE STATE OF NEW YORK, Appellant; EDWARD H. R. GREEN, as Executor, etc., Respondent.— Order affirmed, with costs. No opinion. Present — Clarke, P. J., Scott, Dowling, Page and Davis, JJ.

JAMES L. STEUART, as Executor, etc., Appellant, v. ANNA PAVLOWA, Respondent.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Scott, Dowling, Page and Davis, JJ.

JAMES FEXON, Appellant, v. HOTEL SHELBURNE, Respondent.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Scott, Dowling, Page and Davis, JJ.

CORA L. TURNER, Respondent, v. CHARLES W. TURNER, Appellant. — Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Scott, Dowling, Page and Davis, JJ.

F. LEE WOODARD, Respondent, v. PATRICK RYAN, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Scott, Dowling, Page and Davis, JJ.